IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE SANDEFUR,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br><br>　　　　*Defendant.* | Case No. 2:20-cv-03329-JDW |

## ORDER

AND NOW, this 15th day of December, 2021, upon consideration of Defendant's Motion For Summary Judgment (ECF No. 27), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant University of Pennsylvania and against Plaintiff Diane Sandefur. The Clerk of Court shall mark this case closed for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.